UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| IN RE: Diane A Jackson | CASE NO: 16-03091 |
| 1367 Wentworth Ave | CHAPTER 13 |
| Calumet City IL 60409 | JUDGE: Deborah L Thorne |
| Debtor(s) | |

NOTICE OF MOTION TO APPROVE FINAL LOAN MODIFICATION AGREEMENT

To: See Attached Service List

      Please Take Notice that on 07/18/2018 at 9:30am or soon thereafter as I may be heard, I shall appear before the Honorable Judge Deborah L Thorne or any other Bankruptcy Judge presiding in his/her place in Room 613, the courtroom usually occupied by said Judge, in the Dirksen Federal Building, 219 S Dearborn, Chicago IL 60604

Debtor(s) Diane A Jackson has filed papers with the court asking the court to approve a loan modification.

      Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.

If you do not have an attorney, you may wish to consult with one.

If you do not want the court to grant the relief sought in the motion, then on or before twenty-one (21) days from the date set forth in the Certificate of Service for the motion, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk, U.S. Bankruptcy Court, 219 South Dearborn, Room 710 Chicago IL 60604 OR your attorney must file a response using the court's ECF System.

The Court must received your response on or before the above date.

You must also send a copy of your response either by 1) the court's ECF System or 2) regular U.S. Mail to:

| | |
|---|---|
| Marilyn O Marshall | United States Trustee |
| 224 S Michigan Ave Ste 800 | 219 S Dearborn |
| Chicago IL 60604 | Chicago IL 60604 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without further hearing or notice.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 16-03091<br>Northern District of Illinois<br>Chicago<br>Sun Jun 24 17:46:39 CDT 2018 | Ocwen Loan Servicing, LLC<br>4375 Jutland drive<br>Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | Ocwen Loan Servicing, LLC as servicer for HS<br>c/o Codilis & Associates P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | 346 W 138th St<br>Riverdale, IL 60827-1625 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 |
| Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Celtic Bank/Confinco<br>121 Continental Dr Ste 108<br>Newark, DE 19713-4326 |
| ChexSystems<br>7805 Hudson Rd Ste 100<br>Woodbury, MN 55125-1703 | City of Chicago<br>Dept of Revenue<br>121 N LaSalle St<br>Chicago, IL 60602-1288 | Comenity Bank/Carsons<br>PO Box 182789<br>Columbus, OH 43218-2789 |
| Comenity Bank/Meijer<br>PO Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank/NWYRK & CO<br>PO Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank/VICTORIAS SECRET<br>PO Box 182789<br>Columbus, OH 43218-2789 |
| Dept of Administrative Hearings<br>400 W Superior<br>Chicago, IL 60654-3409 | Dept of Administrative Hearings<br>740 N Sedgwick 2nd Floor<br>Chicago, IL 60654-2555 | Equifax<br>PO Box 740241<br>Atlanta, GA 30374-0241 |
| Experian<br>PO Box 2002<br>Allen, TX 75013-2002 | HSBC Bank USA National Association<br>c/o Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>P.O. BOX 24605<br>West Palm Beach, FL 33416-4605 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0291 |
| Illinois Dept of Revenue<br>Springfield, IL 62719-0001 | Kay Jewelers<br>375 Ghent Rd<br>Fairlawn, OH 44333-4600 | Kohls/Capone<br>PO Box 3115<br>Milwaukee, WI 53201-3115 |
| MONTEREY FINANCIAL SERVICES<br>C/O MERCHANTS CREDIT SOLUTIONS<br>PO BOX 3664<br>TUSTIN CA 92781-3664 | Mabt/Confin<br>121 Continental Dr Ste 108<br>Newark, DE 19713-4326 | Majestic Financial<br>6537 Castor Ave<br>Philadelphia, PA 19149-2708 |
| Mid America Bank & Trust<br>5109 S Broadband Ln<br>Sioux Falls, SD 57108-2208 | Mid America Bank & Trust<br>Total Visa<br>PO Box 91510<br>Sioux Falls, SD 57109-1510 | Monterey Financial Services<br>4095 Avenida De La Plata<br>Oceanside, CA 92056-5802 |

| | | |
|---|---|---|
| OCWEN Loan Servicing<br>1661 Worthington Rd Ste 100<br>West Palm Beach, FL 33409-6493 | Ocwen Loan Servicing, LLC<br>c/o ALDRIDGE PITE, LLP<br>4375 Jutland Dr., Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | Ocwen Loan Servicing, LLC<br>c/o Codilis & Associates PC<br>15W030 North Frontage Road<br>Suite 100<br>Burr Ridge, IL 60527-6921 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | Springleaf Financial SVS<br>PO Box 59<br>Evansville, IN 47701-0059 |
| Toyota Motor Credit<br>1111 W 22nd St Ste 420<br>Oak Brook, IL 60523-1959 | Transunion<br>PO Box 1000<br>Chester, PA 19022 | Webbank/Fingerhut<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303-0820 |
| Wells Fargo Bank, N.A., d/b/a WFDS<br>P.O. Box 19657<br>Irvine, CA 92623-9657 | Wells Fargo Dealer Services<br>PO Box 1697<br>Winterville, NC 28590-1697 | Zingo Cash<br>200 N Fairway Dr Ste 198<br>Vernon Hills, IL 60061-1861 |
| Zingo Cash Illinois LLC<br>200 Fairway Drive #180<br>Vernon Hills, IL 60061-1861 | nicor gas<br>po box 549<br>Aurora il 60507-0549 | Diane A Jackson<br>1367 Wentworth Ave<br>Calumet City, IL 60409-6039 |
| Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

SPRINGLEAF FINANCIAL SERVICES
PO BOX 3251
EVANSVILLE, IN 47731

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Deutsche Bank National Trust Company f/k/a | (u)Springleaf Financial Services Of Illinois, | (u)Wells Fargo Bank, N.A. d/b/a Wells Fargo D |

(u)Target Financial

(d)nicor gas
po box 549
aurora il 60507-0549

End of Label Matrix
Mailable recipients    46
Bypassed recipients     5
Total                  51

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| IN RE: Diane A Jackson | CASE NO: 16-03091 |
| 1367 Wentworth Ave | CHAPTER 13 |
| Calumet City IL 60409 | JUDGE: Deborah L Thorne |
| Debtor(s) | |

MOTION TO APPROVE FINAL LOAN MODIFICATION AGREEMENT

Now Comes the Debtor(s), Diane A Jackson, and request the court to approve the terms of the attached loan modification as stated in the following memorandum in support. See attached Exhibit A

MEMORANDUM IN SUPPORT

1. The Debtor(s) filed the case on 02/02/2016
2. This is a below median income case.
3. The mortgage creditor affected by the loan modification is Ocwen Loan Servicing, LLC
4. The mortgage is currently paid directly by the debtor(s).
   The treatment will not be changed by this modification.
5. The mortgage balance owed on the date of filing was $99012.00
6. The current mortgage payment is $878.41 and the current interest rate is 6.37500%
7. The trial payment period of 3 payments of $878.41 began 01/01/2018
8. The modification, effective 06/01/2018 changes the principal and interest portion of the mortgage payment to Ocwen Loan Servicing, LLC starting

04/01/2018. The new mortgage interest rate is 6.37500%. The new mortgage interest rate is fixed.

9. The new mortgage payment includes: Real Estates Taxes: yes
   Insurance: yes
10. The escrow portion of the mortgage payment, effective 04/01/2018 is $381.79
11. The total mortgage payment, effective 04/01/2018 is $878.41
12. The pre-petition arrears shall be: Eliminated
13. The post-petition arrears, if any, shall be: Eliminated
14. The modified principal balance of the loan is $63559.28 The new maturity date is 02/01/2036
15. If the Chapter 13 Plan needs to be modified, then the debtor(s) shall file the appropriate separate motion within 21 days from the date of Order approving this Final Loan Modification Agreement.

Wherefore, the Debtor(s) request the court to approve the attached Loan Modification Agreement.

Respectfully submitted,

Debtor(s) Pro Se
(708)955-1808

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| IN RE: DIANE A JACKSON | CASE NO: 16-03091 |
| 1367 Wentworth Ave | CHAPTER: 13 |
| Calumet City IL 60409 | JUDGE: Deborah L Thorne |
| Debtor(s) | |

CERTIFICATE OF SERVICE

I hereby certify that on 06/26/2018, a copy of the foregoing Motion to Approve Final Loan Modification was filed with the U. S. Bankruptcy and mailed U S Mail First Class to the creditors listed on attached credit matrix

Cc: Chapter 13 Trustee & U.S. Trustees

See attached: All Creditors on Attached Matrix

*copy cert.*
*copy m.*
*notice*

Debtor(s) Pro Se

(708)955-1808